**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____     Chapter  **11**

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kubota of Knoxville, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2504309** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4525 Clinton Hwy.**<br>**Knoxville, TN 37912**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Knox**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Kubota of Knoxville, LLC**                                           Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|         |              | When |              | Case number |              |
|---------|--------------|------|--------------|-------------|--------------|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Kubota of Knoxville, LLC**                                    Case number (*if known*) _____
     Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Kubota of Knoxville, LLC**                                Case number (*if known*) _____
     Name

---

    **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 27, 2025**
         MM / DD / YYYY

**X** **/s/ Ron Krise, Jr.**                          **Ron Krise, Jr.**
Signature of authorized representative of debtor       Printed name

Title    **Vice president**

---

**18. Signature of attorney**

**X** **/s/ Lynn Tarpy TN**                     Date    **May 27, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Lynn Tarpy TN 006017**
Printed name

**Tarpy, Cox, Fleishman & Leveille, PLLC**
Firm name

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
Number, Street, City, State & ZIP Code

Contact phone    **(865) 588-1096**    Email address    **ltarpy@tcflattorneys.com**

**TN 006017 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Kubota of Knoxville, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Great Plains Mfg., Inc.**<br>Creditor's Name<br><br>**PO Box 5060**<br>**Salina, KS 67402-5060**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Floorplan on implements**<br><br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60,000.00** | **$40,000.00** |
| **2.2** **Kubota-Floorplan**<br>Creditor's Name<br><br>**1000 Kubota Dr**<br>**Grandview, TX 76050**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**8467**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Cutailments on tractors - Floorplan on inventory**<br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $75,000.00 | $0.00 |

| Debtor | **Kubota of Knoxville, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kubota-Floorplan** | Describe debtor's property that is subject to a lien | $1,680,900.00 | $2,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Floorplan on motorized inventory** | | |

**1000 Kubota Dr
Grapevine, TX 76051**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8467**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo Comm. Dist. Finance, LLC** | Describe debtor's property that is subject to a lien | $41,000.00 | $48,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Forklift** | | |

**PO Box 957408
Schaumburg, IL 60195**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,856,900.00 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **Kubota of Knoxville, LLC**
_____
Name

Case number (*if known*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Kubota of Knoxville, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** | **$100,000.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**941 taxes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,335.00** |
| **A&B Equipment**<br>**2315 US HWY 11-S**<br>**Sweetwater, TN 37874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.20** |
| **Advantage First**<br>**PO Box 32006**<br>**Knoxville, TN 37930** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Kubota of Knoxville, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.66 |
|---|---|---|
| **AIRGAS**<br>**PO Box 434672**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **7571** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|
| **AJC Media**<br>**457 Livingston Rd**<br>**Bean Station, TN 37708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|
| **Atlanta Kubota**<br>**879 Pickens Industrial Dr**<br>**Marietta, GA 30062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $786.00 |
|---|---|---|
| **Basic Software**<br>**905 N. Kings Way**<br>**Texarkana, TX 75501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|
| **CINTAS**<br>**PO Box 630921**<br>**Cincinnati, OH 42563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1223** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,302.00 |
|---|---|---|
| **City Of Knoxville**<br>**PO Box 15001**<br>**Knoxville, TN 37912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Check mistakenly sent to debtor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.92 |
|---|---|---|
| **City of Knoxville**<br>**PO Box 15001**<br>**Knoxville, TN 37912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1039** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Kubota of Knoxville, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | | |
|---|---|---|

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,733.00**

**Clayton Holdings**
**4601 Clinton Hwy**
**Knoxville, TN 37912**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **rent on building**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DLL Finance, LLC**
**PO Box 2000**
**Johnston, IA 50131-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.40**

**Dooley Tractor**
**PO Box 626**
**Athens, TN 37371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  Bo06**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$426.32**

**Dunlap & Kyle**
**530 Myatt Drive**
**Madison, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2200**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Fuelman**
**PO Box 740285**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6349**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Gonzalez Landscaping**
**2280 McClanahan Rd**
**Morristown, TN 37813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00**

**Hals Supply**
**2722 N. Central St**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kubota of Knoxville, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Headway Capital, LLC**<br>**4700 W. Daybreak Pkwy**<br>**Suite 200**<br>**South Jordan, UT 84009**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$100,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **MCA**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Card**<br>**PO Box 78047**<br>**Phoenix, AZ 85062**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  3281** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$823.85**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Home Federal LOC**<br>**503 Merchants Dr**<br>**Knoxville, TN 37912**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$426,670.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Line of credit - secured by debtor's principals with a CD**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Interstate Battery**<br>**5470 Hwy 321 N**<br>**Lenoir City, TN 37771**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  1256** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$1,568.37**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**James Darrell Noles II Trust**<br>**8210 Meadow Falls Lane**<br>**Knoxville, TN 37931**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Notice**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Jofre Advertising**<br>**PO Box 7838**<br>**Kingsport, TN 37664**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$1,011.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Kawasaki Motors**<br>**PO Box 888285**<br>**Grand Rapids, MI 49588**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$775.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Kubota of Knoxville, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Kennedy Coffee**
**PO Box 71**
**Strawberry Plains, TN 37871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$929.78**

**KUB**
**PO Box 59029**
**Knoxville, TN 37912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7126**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00**

**Kubota Credit Corp**
**PO Box 0559**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00**

**Kubota-Open ACCT**
**1000 Kubota Dr**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8467**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

**LG Funding**
**1218 Union Street**
**Suite 2**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2 MCA's**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.20**

**Lilly Company**
**PO 1000 Dept 184**
**Memphis, TN 38148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9410**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,182.70**

**McNutt**
**PO Box 4669**
**Maryville, TN 37802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kubota of Knoxville, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,108.14**

**NAPA Auto Parts**
**PO Box 409043**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0393**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**Parkside Funding**
**865 NJ-33 Business 3**
**Unit 192**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$880.00**

**Ramos Cleaning**
**445 Cleveland Ave**
**Morristown, TN 37813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rise Alliance**
**22 W. 38th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$943.94**

**Ron Ford**
**5308 Cliton Plaza Dr**
**Knoxville, TN 37912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3783**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$690,000.00**

**Ron Krise Jr**
**4525 Clinton Hwy**
**Knoxville, TN 37912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$975,000.00**

**SBA**
**CESC-COVID EIDL Service Center**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **EIDL loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kubota of Knoxville, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Speth CPA**
**PO Box 31936**
**Knoxville, TN 37930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

**3.39** | **Nonpriority creditor's name and mailing address**
**Thoro Corp**
**800 SE 4th Avenue**
**Suite 601**
**Hallandale, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **3015**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No ☐ Yes

**$44,480.00**

---

**3.40** | **Nonpriority creditor's name and mailing address**
**TMOBILE**
**PO Box 742596**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number  **1700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.41** | **Nonpriority creditor's name and mailing address**
**UHAUL**
**4717 Clinton Hwy**
**Knoxville, TN 37912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

**3.42** | **Nonpriority creditor's name and mailing address**
**United First, LLC**
**4900 Millenia Blvd**
**Orlando, FL 32839**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.43** | **Nonpriority creditor's name and mailing address**
**United Health Care**
**PO Box 94017**
**Palatine, IL 60094**

Date(s) debt was incurred _

Last 4 digits of account number  **4E11**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.44** | **Nonpriority creditor's name and mailing address**
**Unlimited Fluid Power**
**PO Box 1039**
**Rocky Top, TN 37769**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$485.20**

---

| Debtor | **Kubota of Knoxville, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Verizon**
**PO Box 660108**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,702.54** |
|---|---|---|---|

**Waste Connections**
**PO Box 535233**
**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1317**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,962.76** |
|---|---|---|---|

**Weidmann Brothers**
**810 Curie Dr**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S. Attorney**<br>**800 Market Street, Suite 211**<br>**Knoxville, TN 37902** | Line  **3.37**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **100,000.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **2,836,723.73** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,936,723.73** |

**Fill in this information to identify the case:**

Debtor name   **Kubota of Knoxville, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest **rental of equuipment for customer** | |
| State the term remaining | |
| List the contract number of any government contract | **Atlanta Kubota 879 Pickens Industrial Dr Marietta, GA 30062** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest **POS system** | |
| State the term remaining | |
| List the contract number of any government contract | **Basic Software 905 N. Kings Way Texarkana, TX 75501** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest **Phone and Internet provider** | |
| State the term remaining | |
| List the contract number of any government contract | **COMCAST PO Box 71211 Charlotte, NC 28272** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest **Security system** | |
| State the term remaining | |
| List the contract number of any government contract | **CPI 6721 Baum Dr Knoxville, TN 37919** |

Debtor 1    **Kubota of Knoxville, LLC**                                                    Case number (*if known*) _____

     First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **POS system that works with other systems** | |
| State the term remaining | **Dataward** |
| List the contract number of any government contract | **9600 Misty Hollow** **Oklahoma City, OK 73151** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Landlord for business premises** | |
| State the term remaining **2029** | **Deborah Justus** |
| List the contract number of any government contract | **4601 Clinton Hwy** **Knoxville, TN 37912** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Insurance** | |
| State the term remaining | **Erie** |
| List the contract number of any government contract | **100 Erie Insurance Place** **Erie, PA 16530** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Lease on SVL 95 skidsteer** | |
| State the term remaining | **Teddy Phillips** |
| List the contract number of any government contract | **511 Mariner Pointe Road** **Clinton, TN 37716** |

**Fill in this information to identify the case:**

Debtor name    **Kubota of Knoxville, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Cheryl Krise** | **340 Jackson Heights Dr Franklin, NC 28734** | **Home Federal LOC** | ☐ D _____<br>☑ E/F   **3.19**<br>☐ G _____ |
| 2.2  **Cheryl Krise** | **340 Jackson Heights Dr Franklin, NC 28734** | **Parkside Funding** | ☐ D _____<br>☑ E/F   **3.32**<br>☐ G _____ |
| 2.3  **Ron Krise, Jr.** | **7601 Harrisburg Ct Knoxville, TN 37909** | **Thoro Corp** | ☐ D _____<br>☑ E/F   **3.39**<br>☐ G _____ |
| 2.4  **Ron Krise, Jr.** | **7601 Harrisburg Ct Knoxville, TN 37909** | **Home Federal LOC** | ☐ D _____<br>☑ E/F   **3.19**<br>☐ G _____ |
| 2.5  **Ron Krise, Jr.** | **7601 Harrisburg Ct Knoxville, TN 37909** | **LG Funding** | ☐ D _____<br>☑ E/F   **3.28**<br>☐ G _____ |

| Debtor | **Kubota of Knoxville, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6  **Ron Krise, Jr.** | 7601 Harrisburg Ct<br>Knoxville, TN 37909 | **Kubota-Floorplan** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.7  **Cheryl Krise** | 340 Jackson Heights Dr<br>Franklin, NC 28734 | **Deborah Justus** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.6** |
| 2.8  **Ron Krise, Sr.** | 340 Jackson Heights Dr<br>Franklin, NC 28734 | **Deborah Justus** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.6** |

**United States Bankruptcy Court**
**Eastern District of Tennessee**

In re   **Kubota of Knoxville, LLC**                                    Case No.
                                          Debtor(s)          Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 27, 2025**                          **/s/ Ron Krise, Jr.**
                                                   **Ron Krise, Jr./Vice president**
                                                   Signer/Title

Date:   **May 27, 2025**                          **/s/ Lynn Tarpy TN**
                                                   Signature of Attorney
                                                   **Lynn Tarpy TN 006017**
                                                   **Tarpy, Cox, Fleishman & Leveille, PLLC**
                                                   **1111 N Northshore Dr**
                                                   **Suite N-290**
                                                   **Knoxville, TN 37919**
                                                   **(865) 588-1096   Fax: (865) 588-1171**

Lynn Tarpy TN
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N Northshore Dr
Suite N-290
Knoxville, TN 37919

A&B Equipment
2315 US HWY 11-S
Sweetwater, TN 37874

Advantage First
PO Box 32006
Knoxville, TN 37930

AIRGAS
PO Box 434672
Dallas, TX 75373

AJC Media
457 Livingston Rd
Bean Station, TN 37708

Atlanta Kubota
879 Pickens Industrial Dr
Marietta, GA 30062

Basic Software
905 N. Kings Way
Texarkana, TX 75501

Cheryl Krise
340 Jackson Heights Dr
Franklin, NC 28734

CINTAS
PO Box 630921
Cincinnati, OH 42563

City Of Knoxville
PO Box 15001
Knoxville, TN 37912

Clayton Holdings
4601 Clinton Hwy
Knoxville, TN 37912

COMCAST
PO Box 71211
Charlotte, NC 28272

CPI
6721 Baum Dr
Knoxville, TN 37919

Dataward
9600 Misty Hollow
Oklahoma City, OK 73151

Deborah Justus
4601 Clinton Hwy
Knoxville, TN 37912

DLL Finance, LLC
PO Box 2000
Johnston, IA 50131-0020

Dooley Tractor
PO Box 626
Athens, TN 37371

Dunlap & Kyle
530 Myatt Drive
Madison, TN 37115

Erie
100 Erie Insurance Place
Erie, PA 16530

Fuelman
PO Box 740285
Atlanta, GA 30374

Gonzalez Landscaping
2280 McClanahan Rd
Morristown, TN 37813

Great Plains Mfg., Inc.
PO Box 5060
Salina, KS 67402-5060

Hals Supply
2722 N. Central St
Knoxville, TN 37917

Headway Capital, LLC
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Home Depot Card
PO Box 78047
Phoenix, AZ 85062

Home Federal LOC
503 Merchants Dr
Knoxville, TN 37912

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Battery
5470 Hwy 321 N
Lenoir City, TN 37771

James Darrell Noles II Trust
8210 Meadow Falls Lane
Knoxville, TN 37931

Jofre Advertising
PO Box 7838
Kingsport, TN 37664

Kawasaki Motors
PO Box 888285
Grand Rapids, MI 49588

Kennedy Coffee
PO Box 71
Strawberry Plains, TN 37871

KUB
PO Box 59029
Knoxville, TN 37912

Kubota Credit Corp
PO Box 0559
Carol Stream, IL 60132

Kubota-Floorplan
1000 Kubota Dr
Grandview, TX 76050

Kubota-Floorplan
1000 Kubota Dr
Grapevine, TX 76051

Kubota-Open ACCT
1000 Kubota Dr
Grapevine, TX 76051

LG Funding
1218 Union Street
Suite 2
Brooklyn, NY 11225

Lilly Company
PO 1000 Dept 184
Memphis, TN 38148

McNutt
PO Box 4669
Maryville, TN 37802

NAPA Auto Parts
PO Box 409043
Atlanta, GA 30384

Parkside Funding
865 NJ-33 Business 3
Unit 192
Freehold, NJ 07728

Ramos Cleaning
445 Cleveland Ave
Morristown, TN 37813

Rise Alliance
22 W. 38th Street
New York, NY 10018

Ron Ford
5308 Cliton Plaza Dr
Knoxville, TN 37912

Ron Krise Jr
4525 Clinton Hwy
Knoxville, TN 37912

Ron Krise, Jr.
7601 Harrisburg Ct
Knoxville, TN 37909

Ron Krise, Sr.
340 Jackson Heights Dr
Franklin, NC 28734

SBA
CESC-COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155

Speth CPA
PO Box 31936
Knoxville, TN 37930

Teddy Phillips
511 Mariner Pointe Road
Clinton, TN 37716

Thoro Corp
800 SE 4th Avenue
Suite 601
Hallandale, FL 33009

TMOBILE
PO Box 742596
Cincinnati, OH 45274

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

UHAUL
4717 Clinton Hwy
Knoxville, TN 37912

United First, LLC
4900 Millenia Blvd
Orlando, FL 32839

United Health Care
PO Box 94017
Palatine, IL 60094

Unlimited Fluid Power
PO Box 1039
Rocky Top, TN 37769

Verizon
PO Box 660108
Dallas, TX 75266

Waste Connections
PO Box 535233
Pittsburgh, PA 15253

Weidmann Brothers
810 Curie Dr
Alpharetta, GA 30005

Wells Fargo Comm. Dist. Finance, LLC
PO Box 957408
Schaumburg, IL 60195

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Kubota of Knoxville, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kubota of Knoxville, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 27, 2025**

Date

**/s/ Lynn Tarpy TN**

**Lynn Tarpy TN 006017**

Signature of Attorney or Litigant

Counsel for   **Kubota of Knoxville, LLC**

**Tarpy, Cox, Fleishman & Leveille, PLLC**

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
**(865) 588-1096 Fax:(865) 588-1171**
**ltarpy@tcflattorneys.com**